# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM L. MEADORS., <br><br>   Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br>   Defendant. | Case No.: 1:12-at-00034 <br><br> **ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS** <br><br> (Doc. 4) |

On January 20, 2012, Plaintiff Jim L. Meadors ("Plaintiff") filed a complaint and an application to proceed *in forma pauperis*. (Docs. 1, 4.)  The Court determined that Plaintiff's application to proceed *in forma pauperis* failed to provide a complete response to Question 3e; specifically, neither box was checked off as required.  Further, Question 6 requested that Plaintiff "[l]ist the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support."  Plaintiff's response of "S. M. (4)" does not answer this question and the response is unclear.  As such, the Court cannot make a final determination as to Plaintiff's request to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff file a revised application to proceed *in forma pauperis* within ten (10) days of the date of this order.

IT IS SO ORDERED.

**Dated:    January 23, 2012**            /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE